**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  CASE NO: 14-bk-13676
IGOR STEPANENKO  CHAPTER: 13
LARISA CURRIER

**Debtor(s)**

_____/

**CHAPTER 13 PLAN- FIRST AMENDED (IF APPLICABLE)]**

**CHECK ONE:**

\_\_X\_\_ The Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

\_\_\_\_\_ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

**1.    MONTHLY PLAN PAYMENTS**:    Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of \_\_\_60\_\_\_ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.    $ 2,367 for months \_\_\_1\_\_\_\_ through \_\_\_3\_\_\_\_\_;
B.    $ 0 for months \_\_\_4\_\_\_\_ through \_\_\_5\_\_\_\_\_;
C.    $ 1,985 for months \_\_\_6\_\_\_\_ through \_\_60\_\_\_\_;

in order to pay the following creditors:

**2.    ADMINISTRATIVE ATTORNEY FEE: $ 4,100 TOTAL PAID $ 1,950**

**Balance Due $ 2,150    Payable Through Plan $ 35.83    Monthly**

**3.    PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

Name of Creditor                                                        Total Claim
_____
_____

**4.    TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.    SECURED CLAIMS:**

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the debtor or Trustee.

**(A)     Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, If Any, Paid Through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims.

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| Regions | Homestead | $1,155.00 | $41,643.30 |

**(B)     Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
|  |  |  |

**(C)     Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| Regions | Homestead | $77,829 |

**(D)     Claims Secured by Real Property or Personal Property To Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Name of Creditor | Collateral | Value | Payments | Interest @ ____ % |
|---|---|---|---|---|
|  |  |  |  |  |

**(E)     Claims secured by Real Property and/or Personal Property to which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Name of Creditor | Collateral | Regular Payment | Interest Rate ____ % |
|---|---|---|---|
|  |  |  |  |

_____

      **(F)   Claims Secured by Personal Property/Regular Payments and any Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| | | | |
| | | | |

      **(G)   Secured Claim/Lease Claims Paid Direct by the Debtor:**  The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Hills County Tax Collector | Homestead |
| Grand Hampton HOA | Homestead |
| Wells Fargo | 2014 Toyota 4Runner |
| Wells Fargo | 2014 Honda Accord |

      **(I)   Surrender of Collateral/Leased Property:**  Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors/lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Ocwen/Third Federal/Hill Tax Collector | Investment 1 |
| Ocwen/Ocwen/Sherwood HOA/Hills Tax Collector | Investment 2 |
| Ocwen/Hills Tax Collector | Investment 3 |

**6.   LEASE/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject and Surrender | Estimated Arrears |
|---|---|---|---|
| | | | |
| | | | |

**7.   GENERAL UNSECURED CREDITORS:**  General unsecured creditors with allowed claims shall received a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provision of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $__0.00_____.

**8.   ADDITIONAL PROVISIONS:**

a.   Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;
b.   Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

c. Property of the estate **(check one)\***

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2) \_\_X\_\_\_\_ shall vest in the Debtor upon confirmation of the Plan.

\*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

d. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

e. Case                               Specific                                                         Provisions:
_____
_____

The undersigned hereby declare under the penalties of perjury that I/We have read the foregoing, and the contents contained therein are true and correct to the best of my personal knowledge.

/S/      Igor Stepanenko                    Dated: 7/7/15
Debtor: Igor Stepanenko


/S/      Larisa Currier                     Dated: 7/7/15
Joint Debtor: Larisa Currier

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7TH day of July, 2015 a true and correct copy of the foregoing has been furnished by the undersigned's offices by Regular US Mail to the Affected Parties listed below; and a true and correct copy of the foregoing has been deposited with an Official Notice Provider pursuant to Federal Rules of Bankruptcy Procedure, Rule 2002(g)(4) who is to furnish a copy of the foregoing by Regular US Mail to the Matrix which will be attached to the Certificate of Service subsequently filed by such Official Notice Provider on behalf of the undersigned.

                                                        By: / S / Scott Stamatakis
                                                        Scott D. Stamatakis, Esq.
                                                        Florida Bar No.:  178454
                                                        STAMATAKIS + THALJI + BONANNO
                                                        8751 North Himes Avenue
                                                        Tampa, Florida 33614
                                                        (813) 282-9330 (telephone)
                                                        (813) 282-8648 (facsimile)
                                                        Trial Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:  IGOR STEPANENKO
        LARISA CURRIER

CASE NO: 14-bk-13676

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 7/7/2015, a copy of the following documents, described below,

FIRST AMENDED CHAPTER 13 PLAN,

DEBTOR'S NOTICE OF AMENDMENT TO OFFICIAL FORM B22C (CHAPTER 13 MEANS TEST);  SCHEDULE I; SCHEDULE J; AND SUMMARY OF SCHEDULES AND CERTIFICATE OF SERVICE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/7/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
STAMATAKIS + THALJI  + BONANNO
Scott Stamatakis
8751 North Himes Avenue
Tampa, FL  33614

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113A-8
CASE 8-14-BK-13676-CED
MIDDLE DISTRICT OF FLORIDA
TAMPA
MON JUL 6 17-50-57 EDT 2015

LARISA CURRIER
20128 BENDING CREEK PL
TAMPA FL 33647-2807

*EXCLUDE*

~~CARYL E. DELANO~~
~~TAMPA~~

DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRU
BROCK & SCOTT PLLC
CO FREDERIC J. DISPIGNA ESQ.
1501 NW 49TH STREET SUITE 200
FORT LAUDERDALE FL 33309-3723

OCWEN LOAN SERVICING LLC
CO RAYCHELLE TASHER ESQ.
ROBERTSON ANSCHUTZ & SCHNEID P.L.
6409 N. CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

*DEBTOR*

IGOR STEPANENKO
20128 BENDING CREEK PL
TAMPA FL 33647-2807

THIRD FEDERAL SAVINGS & LOAN ASSOCIATION OF
WELTMAN WEINBERG AND REIS CO. LPA
3705 MARLANE DRIVE
GROVE CITY OH 43123-8895

1ST DATA
4000 CORAL RIDGE DRIVE
CORAL SPRINGS FL 33065-7614

AMEX
PO BOX 297871
FORT LAUDERDALE FL 33329-7871

ANESTHESIOLOGIST ASSOCIATES P.A.
CO CHANG SING L
5424 GRAND BLVD.
NEW PORT RICHEY FL 34652-4008

ASPEN NATIONAL COLLECTIONS
PO BOX 10689
BROOKSVILLE FL 34603-0689

ASSET ACCEPTANCE LLC
PO BOX 1630
WARREN MI 48090-1630

ASSET ACCEPTANCE LLC
CO CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301-2699

AMERICAN EXPRESS BANK FSB
C O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS CENTURION BANK
C O BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

AMERICAN INFOSOURCE LP AS AGENT FOR
MIDLAND FUNDING LLC
PO BOX 268941
OKLAHOMA CITY OK 73126-8941

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

C.U. RECOVERY INC
26263 FOREST BLVD.
WYOMING MN 55092-8033

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL MANAGEMENT SERVICES L.P.
CO CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301-2699

CAPITAL ONE FINANCIAL CORP
CO CORPORATION SERVICE COMPANY
BANK OF AMERICA CENTER 16TH FLOOR
1111 E. MAIN ST.
RICHMOND VA 23219-3531

CAVALRY PORTFOLIO SERV
PO BOX 27288
TEMPE AZ 85285-7288

CHASE
PO BOX 15298
WILMINGTON DE 19850-5298

CITY OF TAMPA
PO BO X23087
TAMPA FL 33623

CITY OF TAMPA
PO BOX 23087
TAMPA FL 33623-2087

CLIFF'S AT PEACE CANYON
PO BOX 350547
FORT LAUDERDALE FL 33335-0547

CLIFF'S AT PEACE CANYON
PO BOX 405947
ATLANTA GA 30384-5900

```
PARTIES DESIGNATED AS "EXCLUDE FROM MAILING" USE NOT RECEIVED CLERK'S NOTICES -
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CLINIC FOR INJURY REHABI<br>8014 N CAMERON ADV<br>TAMPA FL 33614-2909 | COMENITY BANKBEALLSFL<br>PO BOX 182685<br>COLUMBUS OH 43218-2685 | CREDIT CONTROL LLC<br>CO C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION FL 33324-4413 |
| CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS NV 89193-8875 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 | CAVALRY SPV I LLC<br>BASS & ASSOCIATES P.C.<br>3936 E FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 |
| DEPT OF EDSALLIE MAE<br>11100 USA PKWY<br>FISHERS IN 46037-9203 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 | DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| EQUABLE ASCENT FINANCIAL LLC<br>1120 W. LAKE COOK RD STE B<br>BUFFFALO GROVE IL 60089-1970 | FED LOAN SERV<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FIFTH THIRD BANK<br>5050 KINGSLEY DR<br>CINCINNATI OH 45227-1115 |
| FIRST DATA GLOBAL LEASING<br>PO BOX 173845<br>DENVER CO 80217-3845 | FLORIDA HOSPITAL WESLEY CHAPEL<br>2600 BRUCE B. DOWNS BLVD.<br>WESLEY CHAPEL FL 33544-9207 | FLORIDA HOSPITAL WESLEY CHAPEL<br>PO BOX 864868<br>ORLANDO FL 32886-4868 |
| FLORIDA HOSPITAL WESLEY CHAPEL<br>CO MEDICAL SERVICES<br>PO BOX 24013<br>CHATTANOOGA TN 37422-4013 | GRAND HAMPTON HOA INC.<br>CO MELROSE MANAGEMENT PARTNERSHIP<br>35274 PALM HARBOR BLVD<br>PALM HARBOR FL 34689 | GROW FINANCIAL FCU<br>9927 DELANEY LAKE DR<br>TAMPA FL 33619-5071 |
| GROW FINANCIAL FEDERAL CREDIT UNION<br>CO KASS SHULER P.A.<br>ATTN- JEFFREY J. MOUCH ESQ.<br>P.O. BOX 800<br>TAMPA FL 33601-0800 | HAYT HAYT & LANDAU P.L.<br>CO DANA M STERN<br>7765 SW 87 AVE STE 101<br>MIAMI FL 33173-2535 | HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>2506 N. FALKENBURG RD<br>TAMPA FL 33619-0917 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MCYDSNB<br>9111 DUKE BLVD<br>MASON OH 45040-8999 |
| MEDICAL CENTER OF TRINITY<br>ONE PARK PLAZA<br>LEGAL DEPARTMENT<br>NASHVILLE TN 37203-6527 | MEDICAL CENTER OF TRINITY<br>PO BOX 99400<br>LOUISVILLE KY 40269-0400 | MIDLAND CREDIT MANAGEMENT INC.<br>CO CORPORATION SERVICE COMPANY<br>1201 HAYS ST.<br>TALLAHASSEE FL 32301-2699 |

Case 8:14-bk-13676-RCT    Doc 31    Filed 07/07/15    Page 8 of 9

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MIDLAND FUNDING                      MEDICAL CENTER OF TRINITY             NATIONWIDE CREDIT INC.
8875 AERO DR STE 200                 CO RESURGENT CAPITAL SERVICES         CO CT CORPORATION SYSTEM
SAN DIEGO CA 92123-2255              PO BOX 1927                           1200 S. PINE ISLAND ROAD
                                     GREENVILLE SC 29602-1927              PLANTATION FL 33324-4413


NEW PORT RICHEY HOSPITAL INC.        NAVIENT SOLUTIONS INC.                OCWEN LOAN SERVICING L
ONE PARK PLAZA                       DEPARTMENT OF EDUCATION LOAN SERVICES 12650 INGENUITY DR
NASHVILLE TN 37203-6527              P.O. BOX 9635                         ORLANDO FL 32826-2703
                                     WILKES-BARRE PA 18773-9635


OCWEN LOAN SERVICING L               OCWEN LOAN SERVICING LLC              PASCO-PINELLAS HILLSBOROUGH COMMUNITY
3451 HAMMOND AVE                     CO ALDRIDGE CONNORS LLP               HEALTH SYSTEM IN
WATERLOO IA 50702-5345               FIFTEEN PIEDMONT CENTER - BKCY DEPT.  2600 BRUCE B. DOWNS BLVD.
                                     3575 PIEDMONT ROAD N.E. SUITE 500     WESLEY CHAPEL FL 33544-9207
                                     ATLANTA GA 30305-1636


PASCO-PINELLAS HILLSBOROUGH COMMUNITY PASCO-PINELLAS HILLSBOROUGH COMMUNITY QUANTUM3 GROUP LLC AS AGENT FOR
HEALTH SYSTEM INC                    HEALTH SYSTEM INC.                    COMENITY BANK
2600 BRUCE B. DOWNS BLVD.            CO LAURIE TEPPERT                     PO BOX 788
WESLEY CHAPEL FL 33544-9207          14055 RIVER EDGE DRIVE STE 250        KIRKLAND WA 98083-0788
                                     TAMPA FL 33601


RECEIVABLES PERFORMANC               REDLINE RECOVERY SERVICES LLC         REGIONAMS
20816 44TH AVE W                     5959 CORPORATE DRIVE STE 1400         PO BOX 11007
LYNNWOOD WA 98036-7744               HOUSTON TX 77036-2311                 BIRMINGHAM AL 35288-0001


REGIONS BANK DBA REGIONS MORTGAGE    REGIONS BANK                          REGIONS BANK
PO BOX 1860                          POST OFFICE BOX 10063                 CO RONALD R WOLFE & ASSOCIATES PL
MEMPHIS TN 38101-1860                BIRMINGHAM AL 35202-0063              PO BOX 25018
                                                                           TAMPA FL 33622-5018


SHERWOOD VILLAS HOA INC.             SOUTHWEST CREDIT SYSTEMS L.P.         TAMPA BAY EMERGENCY PHYSICIANS P.L.
CO BECKY SAYLOR PROPERTY MGR LLC     CO C T CORPORATION SYSTEM             CO F AND L CORP.
4158 5TH AVE N                       1200 SOUTH PINE ISLAND ROAD           ONE INDEPENDENT DRIVE STE 1300
SAINT PETERSBURG FL 33713-6304       PLANTATION FL 33324-4413              JACKSONVILLE FL 32202-5017


TAMPA BAY EMERGENCY PHYSICIANS P.L.  TAMPA BAY FEDERAL CREDIT UNION        THE CLIFFS AT PEACE CANYON OWNERS
CO F&L CORP.                         PO BOX 7492                           ASSO.
ONE INDEPENDENT DRIVE SUITE 1300     TAMPA FL 33673-7492                   SIERRA CORPORATE SERVICES-LAS VEGAS
JACKSONVILLE FL 32202-5017                                                 2300 W. SAHARA AVE STE 1200
                                                                           LAS VEGAS NV 89102-4395


THIRD FEDERAL S & L                  THIRD FEDERAL S&L ASSOC. OF CLEVELAND U. S. DEPARTMENT OF EDUCATION
7007 BROADWAY AVE                    JOSEPH M. MCCANDLISH ESQ.             CO FEDLOAN SERVICING
CLEVELAND OH 44105-1490              3705 MARLANE DRIVE                    P. O. BOX 69184
                                     GROVE CITY OH 43123-8895              HARRISBURG PA 17106-9184
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| UPREGIONSM<br>PO BOX 110<br>HATTIESBURG MS 39403-0110 | VITAL RECOVERY SERVICES INC.<br>PO BO X923747<br>PEACHTREE CORS. GA 30010 | VITAL RECOVERY SERVICES LLC<br>CO CORPORATION SERVICE COMPANY<br>1201 HAYS STREET<br>TALLAHASSEE FL 32301-2699 |
| WELLS FARGO BANK<br>PO BOX 14517<br>DES MOINES IA 50306-3517 | WELTMAN WEINGBERG AND REIS CO. LPA<br>323 WEST LAKESIDE AVE. SUITE 200<br>CLEVELAND OH 44113-1099 | WFDS<br>PO BOX 1697<br>WINTERVILLE NC 28590-1697 |
| WELLS FARGO BANK N.A.<br>P.O. BOX 19657<br>IRVINE CA 92623-9657 | *CM/ECF E-SERVICE*<br>UNITED STATES TRUSTEE - TPA713 7+<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 | *CM/ECF E-SERVICE*<br>SCOTT D STAMATAKIS +<br>STAMATAKIS THALJI AND BONANNO<br>8751 NORTH HIMES AVENUE<br>TAMPA FL 33614-1624 |
| *CM/ECF E-SERVICE*<br>ALICE A BLANCO +<br>ALDRIDGE PITE LLP<br>FIFTEEN PIEDMONT CENTER<br>3575 PIEDMONT ROAD NORTHEAST - SUITE 500<br>ATLANTA GA 30305-1623 | *CM/ECF E-SERVICE*<br>JOSEPH M MCCANDLISH +<br>WELTMAN WEINBERG & REIS CO. LPA<br>3705 MARLANE DRIVE<br>GROVE CITY OH 43123-8895 | *CM/ECF E-SERVICE*<br>AUDREY J DIXON +<br>ROBERTSON ANSCHUTZ AND SCHNEID P.L<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| *CM/ECF E-SERVICE*<br>LINDSEY A SAVASTANO +<br>BROCK & SCOTT PLLC<br>1501 NW 49TH STREET STE 200<br>FORT LAUDERDALE FL 33309-3723 | *CM/ECF E-SERVICE*<br>TERESA M HAIR +<br>RONALD R. WOLFE & ASSOCIATES P.L.<br>PO BOX 25018<br>TAMPA FL 33622-5018 | *CM/ECF E-SERVICE*<br>KELLY REMICK +<br>CHAPTER 13 STANDING TRUSTEE<br>POST OFFICE BOX 6099<br>SUN CITY FL 33571-6099 |

*CM/ECF E-SERVICE*

NOTE- ENTRIES WITH A □+□ AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF